## No. 2464
## Second Circuit

---

## CHARLES P. WARD v. STANDARD LUMBER COMPANY

(December 1, 1925, Opinion and Decree.)

---

*(Syllabus by the Editor.)*

1.  **Louisiana Digest—Master and Servant —Par. 160 (I).**

Under the Workmen's Compensation Law, Act No. 20 of 1914, the appellate court, if it believes the ends of justice will be subserved thereby, will remand the case to the lower court for a new trial.

Appeal from Eighth Judicial District Court of Louisiana, Parish of Caldwell, Hon. F. E. Jones, Judge.

This is a suit brought by an injured employee for compensation under the Workmen's Compensation Law, Act No. 20 of 1914. Case remanded to lower court for a new trial.

Long and Crow, of Shreveport, attorneys for plaintiff, appellee.

C. P. Thornhill,. of Columbia, Leslie P. Beard, of Monroe, attorneys for defendant, appellant.

CARVER, J.    In this case we are not satisfied to render any final judgment on the present state of the record—the evidence not showing to our satisfaction either that plaintiff was or was not injured to such extent as totally or partially to disable him from doing work of a reasonable character and not showing sufficiently the nature and extent of the scars which the district judge apparently regarded as a disfigurement entitling plaintiff to compensation under subsection (e) of section 8 of the Workmen's Compensation Law— and think that the purposes of justice will

be subserved by remanding the case for a new trial.

It is accordingly decreed that the judgment of the lower court is set aside and the case remanded for a new trial.